**2007–2443. State v. Pasqualone.**
Ashtabula App. No. 2007–A–0005, 2007-Ohio-6725. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. Upon consideration of amicus curiae's motion for

admission pro hac vice of Elisabeth A. Long by Benjamin C. Mizer,

It is ordered by the court that the motion for admission pro hac vice is granted.